**Randolph Clinton NIMMO, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. WD34482.

Missouri Court of Appeals,
Western District.

Sept. 27, 1983.

Joseph H. Locascio, Sp. Public Defender, Kansas City, Richard F. Lund, Law Clerk, for appellant.

John Ashcroft, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before WASSERSTROM, P.J., and CLARK and MANFORD, JJ.

ORDER

PER CURIAM:

Movant appeals from a denial of relief requested by him under Rule 27.26. The findings of fact by the trial court are not clearly erroneous, no error of law appears, and an opinion would have no precedential value. Affirmed under Rule 84.16(b).

**STATE of Missouri, Respondent,**

v.

**Wilbur Eugene PORTER, Appellant.**

No. WD 34574.

Missouri Court of Appeals,
Western District.

Sept. 27, 1983.

James W. Fletcher, Public Defender, Gary L. Gardner, Asst. Public Defender, Kansas City, for appellant.

John Ashcroft, Atty. Gen., Frank A. Rubin, Asst. Atty. Gen., Jefferson City, for respondent.

Before SOMERVILLE, P.J., and MANFORD and LOWENSTEIN, JJ.

ORDER

PER CURIAM:

This is a direct appeal from a *resentencing* of appellant, pursuant to the ruling of this court in *State v. Porter*, 641 S.W.2d 843, 849 (Mo.App.1982). Appellant was resentenced for his conviction for burglary, § 569.170.1, resentenced for his conviction for stealing, § 570.030.1, and as a persistent offender, § 558.016.2, RSMo 1978.

No jurisprudential purpose would be served by written opinion. Judgment affirmed.

All concur.

Rule 30.25(b).